

# DUNNING RIEVMAN LLP
## ATTORNEYS AT LAW

Brian C. Dunning
bdunning@drdllplaw.com
646-873-7522

> Application granted. The discovery conference scheduled for 6/8/2022 is adjourned to 6/10/2022 at 9:30 a.m. in Courtroom 520 of the White Plains Courthouse.
>
> The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 44.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         June 7, 2022

**BY ECF**

Hon. Philip M. Halpern
U.S. District Judge
Southern District of New York
Hon. Charles L. Brieant, Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:    **Belchikov v. XTP Implementation Services, Inc., et al. (7:21-cv-08559)**

Dear Judge Halpern:

    Our firm represents plaintiff Anna Belchikov in this case. This afternoon, we received notice that the Court has set a discovery conference for this Wednesday, June 8, 2022, at 2 p.m. in White Plains. I am writing to request that the Court adjourn the conference.

    Your Honor may recall that in my May 23, 2022 letter, I informed the Court that I would begin trying a case in the Supreme Court, Nassau County, beginning on May 24.  That trial has commenced, and we are in the third week of what could be a five-week trial.  On Wednesday, the trial court intends to charge the jury on liability in this bifurcated case, and then to have them deliberate on Wednesday and, if necessary, Thursday of this week. The trial court does not sit on Fridays, although it could make an exception if the jury has not rendered a verdict by the close of business on Thursday.

    Compounding the problem of my Nassau County engagement is the fact that my law partner, Petek Günay Balatsas, who is assisting me with this case, is now in Turkey to visit her mother. None of our other lawyers has knowledge of the case.

    Under the circumstances, I would respectfully request that the Court adjourn the June 8, 2022, conference. In light of the June 13 deadline to submit to the Court the join letter it requested during our April 14, 2022, preliminary conference, the only alternate date I can even

Hon. Philip M. Halpern
June 6, 2022
Page 2 of 2

DUNNING RIEVMAN LLP

suggest at the moment is Friday, June 10, 2022, if the Court has time on its schedule. I have spoken with defendants' counsel, Tracey Bernstein, who is aware of my scheduling challenges and has no objection to this request.

                                                                     Respectfully submitted,

                                                                     Brian C. Dunning

cc:    Tracey S. Bernstein, Esq.
         Andrew D. Himmel, Esq.

         *Counsel for the Defendants*