UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANNA BELCHIKOV (a/k/a ANNA DAYN),
                    Plaintiff,

-against-                                            21 **CIVIL** 8559 (PMH)

## **JUDGMENT**

XTP IMPLEMENTATION SERVICES, INC. XTP AG
(a German Aktiengesellschaft), XTP AG (a Swiss
Aktiengesellschaft), WOLFRAM KLINGLER,
NIKOLAI DÖRDRECHTER and PHILIPP HENRICH,
                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order and Stipulation dated June 15, 2022, upon consent of the undersigned, counsel for the respective parties hereto, it is STIPULATED, CONSENTED AND AGREED that: 1. Pursuant to FRCP Rule 41(a)(1)(A)(ii), plaintiff Anna Belchikov's ("plaintiff") complaint filed in this Court on October 18, 2021 (the Complaint) against defendants XTP Implementation Services, Inc., XTP AG (a German Aktiengesellschaft), XTP (a Swiss Aktiengesellschaft), Wolfram Klingler, Nikolai Drdrechter and Philipp Henrich (collectively, "defendants") is hereby voluntarily dismissed in its entirety as and against all defendants. 2. Plaintiff's federal law causes of action asserted under Counts I, II and III of the Complaint are hereby dismissed with prejudice as and against all defendants. 2. Plaintiff's state law causes of action asserted under Counts IV through and including Count XIII of the Complaint are hereby dismissed as and against all defendants without prejudice to the plaintiff refiling some or all of them in New York State Supreme Court. 3. Upon plaintiff refiling some or all of her state law causes of action in New York State Supreme Court, counsel for defendants agrees to accept

service of process in that action on behalf of all of the defendants named herein, without waiver of, or prejudice to, defendants' rights to assert any claims and defenses, other than a defense alleging defective service of process, defendants may have against plaintiff, whether such claims and defenses were asserted in this action or not. 4. Judgment is entered dismissing this action in accordance with the Order & Stipulation without costs or fees awarded to any of the parties.

**Dated:**  New York, New York
         June 15, 2022

**RUBY J. KRAJICK**
**Clerk of Court**
**BY:** _K. Mango_
**Deputy Clerk**